**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Verde Building Solutions, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   27-3647199

4. **Debtor's address**

   **Principal place of business**

   7427 Hwy 51 Rd., Suite 105-215
   Charlotte, NC 28227
   Number, Street, City, State & ZIP Code

   Mecklenburg
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**   www.myvh.net

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____



Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor   **Verde Building Solutions, Inc.**   Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

| Debtor | **Verde Building Solutions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

| Debtor | Verde Building Solutions, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Verde Building Solutions, Inc.**  Case number (*if known*) _____
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/11/23
                MM / DD / YYYY

X _/s/ signature_                      Ronald Staley Jr.
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X _/s/ signature_                      Date 10/11/2023
Signature of attorney for debtor                MM / DD / YYYY

**John C. Woodman**
Printed name

**Essex Richards, P.A.**
Firm name

**1701 South Blvd.**
**Charlotte, NC 28203**
Number, Street, City, State & ZIP Code

Contact phone  **704-377-4300**  Email address  **jwoodman@essexrichards.com**

**42365 NC**
Bar number and State

---

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **VERDE BUILDING SOLUTIONS, INC.** ) <br> ) <br> ) <br> **Debtor.** ) <br> ) <br> _____ ) | Case No. 23- <br> Chapter 11 |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for **VERDE BUILDING SOLUTIONS, INC.** in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

__X__ NONE

Date: October 11, 2023
Charlotte, NC

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

By: _____

Print Name: Ron Staley, Jr
Its: President Shareholder

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

VERDE BUILDING SOLUTIONS, INC. )     Case No. 23-
                                                                   )     Chapter 11
                                                                   )
            Debtor.                                          )
_____)

## LIST OF EQUITY SECURITY HOLDERS

Below is a list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

Ron Staley                                                    100%

Date: October 11, 2023
Charlotte, NC

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

By: _____

Print Name: Ron Staley, Jr
Its: President Shareholder

## COMPANY RESOLUTION

I, the undersigned, being the President and Shareholder of VERDE BUILDING SOLUTIONS, INC.., a South Carolina Corporation (the "Company"), having corporate headquarters located at 7427 Matthews Mint Hill Rd., Suite 105-215, Charlotte, NC 28227, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

**FURTHER RESOLVED**, that the officer of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

**FURTHER RESOLVED**, that the retention on behalf of the Company of the law firm of Essex Richards, P.A.., upon such terms and conditions as the Officer of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are each severally authorized to retain on behalf of the Company such other professionals as the Officer of the Company deem necessary or appropriate, upon such terms and conditions as the Officer of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Officer of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
October 11, 2023

VERDE BUILDING SOLUTIONS, INC.

By: _____

Print Name: Ronald Staley

Its: President Shareholder

# United States Bankruptcy Court
## Western District of North Carolina

In re __Verde Building Solutions, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __10/11/23__

_____
**Ronald Staley Jr./President**
Signer/Title

```
         Corporation Service Company
          801 Adlai Stevenson Drive
            Springfield, IL 62703

        US Small Business Administration
          2 North Street, Suite 320
            Birmingham, AL 35203

           Internal Revenue Service
                PO Box 7346
            Philadelphia, PA 19101

           NC Department of Revenue
                PO Box 25000
             Raleigh, NC 27640

              Carter Lumber, Inc.
        c/o Corporation Service Company
        2626 Glenwood Avenue, Suite 550
              Raleigh, NC 27608

              Carter Lumber, Inc.
              601 Tallmadge Road
                Kent, OH 44240

               Erosion Defense
                3905 Emma Ct.
            Indian Trail, NC 28079

              Southern Staircase
             6025 Shiloh Rd, Ste E
           Alpharetta, GA, US 30005

               EC Davis Grading
              9804 Concord Hwy,
              Midland, NC 28107

                Gavel & Dorn
               6730 Freedom Dr,
              Charlotte, NC 28214

               Contract Lumber
          3245 Hazelton-Etna Road,
              Pataskala, OH 43062

      Precise Concrete & Construction LLC
           168 Highway 274, #204,
             Lake Wyle, SC 29710
```



Ammons Superior Plumbing, Inc.
7427 Matthews Mint Hill Rd., Ste 105-PMB 363,
Mint Hill, NC 28227

Dalary Painting
150107 Superior St.,
Charlotte, NC 28273

New View Remodeling
1608 Millbridge Parkway,
Waxhaw, NC 28173

Broken J Fencing LLC
9610 Kerr Road,
Indian Trail, NC 28079

New Age Carolina
3209 NC-24,
Midland, NC 28107

ABC Supply
ABC SUPPLY CO, PO BOX 742067,
ATLANTA GA 30374- 2067

Superior Distribution
5047 HIGHWAY 24 27 E,
Midland, NC 28107

Coastalina Exteriors
PO Box 683,
Leland, NC 28451

Countertops by Scott
1509 Dalwen Green Court,
Matthews, NC 28105

B-Organized Insulation
6051 Lakeview Rd A,
Charlotte, NC 28269

L&W Supply - Raleigh
8200 Henderson RD,
Charlotte, NC 28269

Multiple Funding Solutions, Inc.
18729 SE Lakeside Way
Tequesta, FL 33469 USA

FFE Services LLC, as Representative
244 Madison Ave, #379
New York, NY 10016 USA



CHTD Company
P.O. BOX 2576
SPRINGFIELD, IL 62708 USA

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
P.O. Box 2576
Springfield, IL 62708 USA

Bank OZK
c/o National Registered Agents, Inc.
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

Bank OZK
18000 Cantrell Road
Little Rock, AR 72223

American Express
P.O. Box 981535
El Paso TX 79998

Berry's Container Service
1250 Linwood Rd
Kings Mountain, NC 28086

National Rent A Fence
7207 Old Statesville Rd.
Charlotte, NC 28269

Duke Energy
P.O. Box 1090
Charlotte, NC 28201

City of Charlotte
P.O. Box 1316
Charlotte, NC 28201